# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:11-CV-00045-RLV

| | |
|---|---|
| RONALD & SUSAN GAIL RUTHFIELD, ) ) ) Plaintiffs, ) ) v. ) ) PNC BANK NATIONAL ASSOCIATION, ) successor by merger to National City Real ) Estate Services, LLC as successor by merger ) to National City Mortgage, Inc., ) ) Defendant. ) ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* upon initial review of Plaintiffs' Motion to Remand and accompanying Memorandum in Support, filed April 4, 2011, as well as Defendant's Response to Plaintiff's Motion to Remand, filed May 6, 2011.

The Court hereby directs Defendant PNC Bank National Association to provide supplemental information clarifying its state of citizenship by Monday, June 20, 2011.[1] "All national banking associations shall, for the purposes of all other actions by or against them be deemed citizens of the States in which they are respectively located." 28 U.S.C. § 1348 (2006). The United States Supreme Court has interpreted this statute to mean that a national bank "is a citizen of the State in which its main office, as set forth in its articles of association, is located." *Wachovia Bank, Nat'l Ass'n v. Schmidt*, 546 U.S. 303, 307 (2006).

---

[1] Defendant states that "PNC is a national association with its principal place of business in Pennsylvania." (Notice of Removal, ¶4b)

**IT IS, THEREFORE, ORDERED** that Defendant PNC Bank National Association is to RESPOND accordingly and provide the Court with the location of its main office **on or before Monday, June 20, 2011.**

Signed: June 7, 2011

Richard L. Voorhees
United States District Judge