# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Case No. 5:11-cv-45

| | | |
|---|---|---|
| RONALD RUTHFIELD & SUSAN GAIL RUTHFIELD | ) ) ) | |
| Plaintiff(s), | ) ) ) ) | **SUPPLEMENTAL FILING FOR CLARIFICATION TO THE COURT** |
| v. | ) ) | Case No. 5:11-cv-45 |
| PNC BANK NATIONAL ASSOCIATION, successor by merger to NATIONAL CITY REAL ESTATE SERVICES, LLC as successor by merger to NATIONAL CITY MORTGAGE, INC. | ) ) ) ) ) | |
| Defendant(s). | ) ) | |

NOW COMES Defendant, in response to this Court Order dated June 7, 2011 directing Defendant to provide supplemental information clarifying its State of citizenship, and clarifies for the Court that PNC Bank, National Association is incorporated under the laws of the State of Pennsylvania, as well as having its principal place of business in Pennsylvania.[1] Accordingly, Defendant is a citizen of Pennsylvania, both the State of incorporation and the State in which it has its principal place of business; and as it pertains to the Notice of Removal, Defendants asserts this fact in support of the Notice of Removal.[2]

---

[1] See Notice of Removal, ¶4.b.

[2] See 28 U.S.C. § 1332(c)(1).

Respectfully submitted, this the 8th day of June, 2011.

          **THE LAW FIRM OF HUTCHENS SENTER, & BRITTON, P.A.**

          BY:   /s/ Hilton T. Hutchens, Jr.
                    Hilton T. Hutchens, Jr.
                    N.C. State Bar Number: 35352
                    4317 Ramsey Street
                    P. O. Box 2505
                    Fayetteville, NC 28302-2505
                    Phone: 910.864.6888
                    Fax: 910.864.6848

# CERTIFICATE OF SERVICE

I, Hilton T. Hutchens, Jr., attorney for Defendant National City Mortgage, Inc. in the above entitled action, hereby certify that this 6th day of April, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and further certify that the foregoing was served on the following, who do no participate in electronic filing under the CM/ECF system, by depositing copies thereof in a depository under the exclusive care and custody of the United States Parcel Service in a postage prepaid envelope properly addressed as follows:

    Ronald Ruthfield
    P.O. Box 2447
    Boone, NC 28607-2447

    Gail Susan Ruthfield
    P.O. Box 2447
    Boone, NC 28607-2447

    Ronald Ruthfield
    317 George Moretz Lane
    Boone, NC 28607

    Gail Susan Ruthfield
    317 George Moretz Lane
    Boone, NC 28607

This the 8th day of June, 2011.

        **THE LAW FIRM OF HUTCHENS SENTER, & BRITTON, P.A.**

        BY:   /s/ Hilton T. Hutchens, Jr.
                Hilton T. Hutchens, Jr.
                N.C. State Bar Number: 35352
                4317 Ramsey Street
                P. O. Box 2505
                Fayetteville, NC 28302-2505
                Phone: 910.864.6888
                Fax: 910.864.6848